BLACK *v.* BLACK.

---

WINNIE WITHERS BLACK v. C. O. BLACK.

(Filed 27 November, 1929.)

APPEAL by defendant from *Sink, Special Judge,* at September Special Term, 1929, of MECKLENBURG.

Application for alimony without divorce.

From an order awarding an allowance, the defendant appeals, assigning errors.

*Whitlock, Dockery & Shaw for plaintiff.*
*T. L. Kirkpatrick and Stewart, McRae & Bobbitt for defendant.*

PER CURIAM. The allegations of the complaint, which the judge finds to be true for the purposes of his order, are sufficient to warrant an

allowance for the wife's necessary subsistence and counsel fees as authorized by C. S., 1667, as amended by chapter 123, Public Laws 1921, and chapter 52, Public Laws 1923.

It would serve no useful purpose to set out the facts in detail. See *Byerly v. Byerly,* 194 N. C., 532, 140 S. E., 158; *McManus v. McManus,* 191 N. C., 740, 133 S. E., 9; *Price v. Price,* 188 N. C., 640, 125 S. E., 264; *Allen v. Allen,* 180 N. C., 465, 105 S. E., 11.

The order will be upheld.

Affirmed.